# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria    **Division**

In re  Gregory S Powers

Susan K. Powers

Case No.   19-13310-BFK

Debtor(s)        Chapter   7

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to   November 7, 2019  , for filing the following:

All remaining Lists, Schedules & Statements

WILLIAM C. REDDEN
Clerk of Court

By  /s/ Angela R. Jones
        Deputy Clerk

Date: October 22, 2019

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

October 22, 2019

[oextflss ver 01/10]